**FILED**

05/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0176

STATE OF MONTANA,

       Plaintiff and Appellee,

  v.

NATALIE AMANDA RICH,

       Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 26, 2021, within which to prepare, serve, and file its response brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 25 2021